422 A.2d 692

Commonwealth v. Robertson, Appellant.

612

submitted December 8, 1978. Frank H. Morgan, Jr., for appellant; Frank T. Hazel, Jr., District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.